FILED: October 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1778 (L)
(7:13-cv-00002-H)
_____

TOMMY DAVIS CONSTRUCTION, INC.

  Plaintiff - Appellee

v.

CAPE FEAR PUBLIC UTILITY AUTHORITY; NEW HANOVER COUNTY

  Defendants - Appellants

_____

No. 14-2132
(7:13-cv-00002-H)
_____

TOMMY DAVIS CONSTRUCTION, INC.

  Plaintiff - Appellee

v.

CAPE FEAR PUBLIC UTILITY AUTHORITY; NEW HANOVER COUNTY

  Defendants - Appellants

_____

O R D E R
_____

The court consolidates Case No. 14-1778 and Case No. 14-2132. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    <u>/s/ Patricia S. Connor, Clerk</u>

Appeal: 14-1778    Doc: 14    Filed: 10/21/2014    Pg: 2 of 2